IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01915-BNB


FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 21 2008

GREGORY C. LANGHAM
CLERK

JAMISON MOORE ALFORD,

Applicant,

v.

J. M. WILNER, Warden, FCI Florence,

Respondent.

---

ORDER OF DISMISSAL

---

Applicant Jamison Moore Alford is in the custody of the United States Bureau of

Prisons and currently is incarcerated at FCI Florence. On August 26, 2008, Applicant

submitted to the Court an Application for a Writ of Habeas Corpus Pursuant to 28

U.S.C. § 2241.

Magistrate Judge Boyd N. Boland entered an order, on September 8, 2008,

directing the Clerk of the Court to commence a civil action and instructing Applicant

either to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28

U.S.C. § 1915 in a Habeas Corpus Action or to pay the filing fee. Mr. Alford was

warned that the action would be dismissed without further notice if he failed to cure the

deficiency within thirty days.

Applicant now has failed to communicate with the Court, and as a result he has

failed to cure the deficiency within the time allowed. The Court has reviewed the case

file, concurs with Magistrate Judge Boland's determinations, and finds that the action should be dismissed for failure to cure the noted deficiency. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to cure the deficiency within the time allowed.

DATED at Denver, Colorado, this 20day of _____ Oct. _____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  08-cv-01915-BNB

Jamison Moore Alford
Reg. No. 16730-047
FCI - Florence
PO Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on _10/21/08_

                              GREGORY C. LANGHAM, CLERK

                              By:_____
                                        Deputy Clerk